# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JORGE SERRANO, | Case No.: LA CV17-02122 JAK (RAOx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE: STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |
| TRANSPORTES INTERCALIFORNIAS, INC.; and Does 1-10, Inclusive, | |
| | **JS-6** |
| Defendants. | |

The Court, having read the foregoing Stipulation and good cause appearing therefore, the following is ordered:

The Stipulation is GRANTED. This action is hereby ordered dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 16, 2018

_____
JOHN A. KRONSTADT
UNITES STATES DISTRICT JUDGE